UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KEITH LOGSDON, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| Vs. | ) Case No.3:12-cv-322 GPM - SCW |
| | ) |
| RECEIVABLES PERFORMANCE MANAGEMENT, | ) |
| | ) |
|     DEFENDANT. | ) |

## FIRST AMENDED COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff, KEITH LOGSDON, by and through his attorneys, Alleman & Hicks, and for his FIRST Amended Complaint against the Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, states as follows:

### JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. 1331 and 15 U.S.C. 1692k(d) which states that such actions may be brought and heard before " any appropriate United States District Court without regard to the amount in controversy."

2. This action arises from the Defendant's violation of the Fair Debt Collections Practices Act, 15 U.S.C. 1692 et seq (FDCPA).

3. Venue in this District is proper under 28 USC 1391(b) because the acts and transactions occurred here; and the Plaintiff is a resident of Marion, Illinois.

### PARTIES

4. The Plaintiff, KEITH LOGSDON, is a natural person who resides in Marion, County of Williamson, State of Illinois, and is a "consumer" as that term is defined by 15 U.S.C.1692a(3).

5. "RECEIVABLES PERFORMANCE MANAGEMENT" is a collection agency operating from an address of 20816 44th Avenue W, Lynnwood, Washington

98036 and is a "debt collector" as that term is defined by 15 U.S.C. 1692a(6) and sought to collect a consumer debt from the Plaintiff.

6. The Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

7. On and prior to March 22, 2011, the Plaintiff, KEITH LOGSDON, incurred a financial obligation to DirecTV that was primarily for personal enjoyment and is therefore a "debt" as that term is defined by 15 U.S.C. 1692a(5), namely a debt in the approximate amount of $ 466.78 **(Exhibit A).**

8. Sometime thereafter the alleged debt was consigned, placed or otherwise transferred to the Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, for collection from the Plaintiff, KEITH LOGSDON.

9. Prior to January 24, 2012, the Plaintiff, KEITH LOGSDON, orally notified the Defendant's employees and agents that he was not permitted to receive collection calls at his place of employment.

10. On the following dates and times, the Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, through their duly authorized agents and employees, contacted the Plaintiff's place of employment:

| Date | Time |
|---|---|
| January 24, 2012 | 7:58 pm |
| January 25, 2012 | 8:48 pm |
| January 26, 2012 | 9:26 am |
| January 26, 2012 | 8:38 pm |
| January 27, 2012 | 9:59 am |
| January 30, 2012 | 10:06 am |
| January 30, 2012 | 4:52 pm |
| February 1, 2012 | 9:36 am |
| February 1, 2012 | 7:58 pm |
| February 2, 2012 | 8:20 pm |
| February 3, 2012 | 10:10 am |
| February 4, 2012 | 7:27 pm |
| February 7, 2012 | 9:58 am |

11. On January 31, 2012, the Plaintiff's personal attorney, Robert C. Bateson, notified the Defendant in writing that he represented the Plaintiff herein; disputed the alleged debt sought to be collected by the Defendant, sought supporting documentation of the alleged debt and prohibited any further direct contact with the Plaintiff. **(Exhibit B)**

12. The Defendant violated 15 U.S.C. 1692c(a)(3) in contacting the Plaintiff's place of employment when they knew, or should have known that the Plaintiff's employer did not allow him to receive such calls.

13. The Defendant violated Section 1692a(1) in that the Defendant knew, or should have known that said calls were at a place known to be inconvenient to the Plaintiff.

14. The Defendant violated 15 U.S.C. 1692d by engaging in conduct the natural consequence of which was to harass, oppress and / or abuse the Plaintiff.

15. The Defendant violated 15 U.S.C. 1692d(5) by causing a telephone to ring repeatedly and continuously with the intent to annoy, harass and abuse the Plaintiff.

16. The Defendant violated 15 U.S.C. 1692d(6) by placing telephone calls without meaningful disclosure of the caller's identity.

17. The Defendant violated the Illinois eavesdropping statute (720 ILCS 5/14-2) in that they recorded portions of telephone calls with the Plaintiff without his knowledge or consent.

18. Due to the illegal acts of the Defendant, the Plaintiff has incurred and suffered actual damages.

### TRIAL BY JURY

19. The Plaintiff, KEITH LOGSDON, is entitled to and hereby respectfully **DEMANDS TRIAL BY JURY.**

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff, KEITH LOGSDON, prays that Judgment be entered against the Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, as follows:

- For an award of actual damages pursuant to 15 U.S.C. 1692(a)(1);
- For an award of statutory damages in an amount of $ 1,000.00 pursuant to 15 U.S.C. 1692(a)(2)(A) for each violation of the Act;
- For an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. 1692k(a)(3);
- For an award for damages for violation of the eavesdropping statute and the Defendant's invasion of the Plaintiff's privacy.
- That an injunction be issued prohibiting the Defendant from recording conversations with other parties without the consent of all parties;
- For such other and further relief as may be just and proper.

DATED:  June 24, 2012.

                                                Respectfully submitted,
                                                **ALLEMAN & HICKS**

/s/ *John D. Alleman*

John D. Alleman
Attorney ID 6202752

310 E. Main Street
Carbondale, IL 62901

(618) 549-8300 PHONE
(618) 529-4608 FAX

Allemanjd@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 24, 2012, the **First Amended Complaint** was served upon the attorneys of record of all parties to the above cause via the United States District Court for the Southern District of Illinois CM/ ECF system.

/s/ *John D. Alleman*

Attorney for the Plaintiff

ALLEMAN & HICKS
310 E. Main Street
Carbondale, IL 62901

(618) 549-8300 PHONE
(618) 529-4608 FAX

Allemanjd@aol.com