# ROBERT C. BATESON

Attorney at Law
Law Office of Robert C. Bateson
704 North Russell Street
PO Box 159
Marion, IL 62959

Phone: 618-993-3400   Fax: 618-993-3454   Email: rob@batesonlaw.com

January 31, 2012

RPM, LLC
20816 44th Avenue West
Lynnwood, WA 98036

Re:   Keith Logsdon, your account #33279074

To Whom It May Concern:

Please be advised that I represent Mr. Logsdon in regard to an alleged debt that he purportedly incurred with Direct TV on March 22, 2011. Please accept this correspondence as our request that you provide supporting documentation substantiating that debt. In addition, I represent Mr. Logsdon. You are hereby prohibited from contacting Mr. Logsdon either telephonically or through the mail. Any correspondence or inquiry shall be made through me at the information referenced above. Look forward to your response as soon as possible.

Very truly yours,

Robert C. Bateson
Attorney at Law

RCB/mk

cc: Keith Logsdon