IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KEITH LOGSDON,                )
                              )
       Plaintiff,            )
                              )
vs.                           )   CIVIL NO. 12-322-GPM
                              )
RECEIVABLES PERFORMANCE       )
MANAGEMENT,                   )
                              )
       Defendant.            )

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**.   The parties shall bear their own costs.

    **DATED**: 1/15/2013

                                          NANCY J. ROSENSTENGEL, CLERK

                                          By:   s/ Linda M. McGovern
                                                     Deputy Clerk

APPROVED: S/G. Patrick Murphy
                G. Patrick Murphy
                United States District Judge